IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE MANUEL CASTRO GONZALEZ

CASE NO. 20-00723-BKT

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is $: 0.00

3. The general unsecured pool is $: 0.00

AMENDED PLAN DATE: May 07, 2020          PLAN BASE: $24,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/22/2020

[ ] FAVORABLE                    [X] UNFAVORABLE

1. [X] INSUFFICIENTLY FUNDED § 1325(b):

   Plan is insufficiently funded to pay secured creditors.

2. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

   Plan does not provide for Department of Treasury secured claim 9.

[X] OTHER:

   Trustee notes that claim filed by M. Berrios was filed after bar date and without evidence of security. Trustee's objection to claim is pending to be filed.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA