IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE MANUEL CASTRO GONZALEZ

DEBTOR(S)

CASE NO. 20-00723-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is $: 0.00

3. The general unsecured pool is $: 0

AMENDED PLAN DATE: June 01, 2020          PLAN BASE: $24,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/15/2020

☐ FAVORABLE          ☒ UNFAVORABLE

**[X] OTHER:**

**Pending adjudication of Trustee's objection to Empresas Berrios claim 10 -1 since it was filed after bar date elapsed and without evidence of security. Trustee requests that claim be disallowed in its entirety.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty:  ROBERTO FIGUEROA

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG