**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br> **JOSE MANUEL CASTRO GONZALEZ** <br> **xxx–xx–4472** <br><br> Debtor(s) | Case No. **20–00723 BKT** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 7/17/20 |

*ORDER*

The motion filed by Empresas Berrios, Inc. to File Claim After Claims Bar Date (docket #24) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, July 17, 2020 .

Brian K. Tester
United States Bankruptcy Judge